

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2016

No. 04-16-00258-CV

**IN RE** January and Robert **HOWELL**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On April 25, 2016, relators filed a petition for writ of mandamus. The court has considered relators' petition and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 1, 2016.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015-PA-01619, styled *In re M.E.R., R.M.R., M.N.R., J.A.R., E.J.R., B.L.R. & B.R., Children*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.